STATE OF NORTH CAROLINA v. EARL EUGENE CHANDLER

No. 7528SC300

(Filed 18 June 1975)

APPEAL by defendant from *Snepp, Judge.* Judgment entered 11 February 1975 in Superior Court, BUNCOMBE County. Heard in the Court of Appeals 12 June 1975.

Defendant was charged with operating a motor vehicle on the public highways while under the influence of intoxicating liquor. After a plea of not guilty, defendant was tried before a jury and found guilty of the offense. From judgment entered upon the verdict, defendant appealed.

*Attorney General Edmisten, by Associate Attorney Wilton E. Ragland, Jr., for the State.*

*Robert L. Harrell, for defendant appellant.*

MARTIN, Judge.

Counsel for defendant admits that he is unable to find prejudicial error in the trial. We have carefully examined the record and are also of the opinion that defendant has received a fair trial free from prejudicial error.

No error.

Judges BRITT and HEDRICK concur.